IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FRED LEVOY )
) No. 3-13-0285
v. )
)
NASHVILLE SENIOR CARE, LLC )
d/b/a McKendree Village )

O R D E R

Pursuant to the orders entered June 24, 2013 (Docket Entry Nos. 11-12), counsel for the parties called the Court on December 10, 2013, at which time the following matters were addressed:

1. Although the plaintiff had sent written discovery to the defendant, there was a glitch in the defendant's receiving it so the progression of the case has been slightly delayed.

2. The defendant expected to serve written discovery on December 10, 2013, and respond to the plaintiff's written discovery within the next two weeks.

3. As a result, the January 31, 2014, deadline for completion of fact discovery is extended to March 3, 2014.

4. Neither party will use any experts in this case.

5. The plaintiff has served the defendant with a settlement demand, to which the defendant has not yet responded. Counsel agreed that the parties are not yet at the point of determining whether the case can be resolved by settlement.

6. Counsel for the parties shall convene another telephone conference call with the Court on **Wednesday, February 5, 2014, at 10:00 a.m.,** to be initiated by defendant's counsel, to address the status of the case, the potential for settlement, propriety of ADR, and any other appropriate matters.

Except as modified herein, the deadlines provided in the June 24, 2013, orders remain in full force and effect.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge