IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FRED LEVOY )
) No. 3-13-0285
v. )
)
NASHVILLE SENIOR CARE, LLC )
d/b/a McKendree Village )

O R D E R

Pursuant to the order entered February 5, 2014 (Docket Entry No. 15), a telephone conference call with counsel for the parties and the Court was scheduled on March 24, 2014, but was rescheduled, upon the parties' request, and held on March 14, 2014, at which time the following matters were addressed:

1. The defendant shall serve responses to the plaintiff's outstanding written discovery no later than March 21, 2014.

2. The plaintiff shall take the deposition of Molly Milan either March 31, 2014, April 1, or April 2, 2014.

The Court and counsel for both parties are sympathetic with Ms. Milan's health problems, but it is worth noting that the discovery at issue was served upon the defendant in September of 2013.

3. Counsel for the parties shall convene another telephone conference call on **Friday, March 21, 2014, at 10:00 a.m.,** to be initiated by defendant's counsel, to confirm that the responses to the defendant's written discovery have been served or will be served by the end of the day, to address the scheduling of the deposition for Ms. Milan and all other depositions, whether it is necessary to extend any scheduling deadlines, the potential for settlement, and any other appropriate matters.[1]

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] It may also be appropriate to address the correct name of the defendant inasmuch as defendant's counsel referred to the defendant as Covington Senior Care.