IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FRED LEVOY )
) No. 3-13-0285
v. )
)
NASHVILLE SENIOR CARE, LLC )
d/b/a McKendree Village[1] )

O R D E R

Pursuant to the order entered March 21, 2014 (Docket Entry No. 17), counsel for the parties called the Court on April 3, 2014, at which time the following matters were addressed:

1. The defendant served plaintiff's counsel with responses to the defendant's outstanding written discovery. However, the parties were not able to schedule the deposition of Molly Morand on April 1, 2014, as provided in the March 21, 2014, order because plaintiff's counsel had to travel out of state to attend a funeral.

2. The remaining discovery includes the depositions of Ms. Morand, the plaintiff, and four additional depositions to be taken by the plaintiff of employees of the defendant, only one of whom is still employed by the defendant, and potentially a Rule 30(b)(6) deposition of the defendant.

3. The parties agreed that scheduling deadlines needed to be extended, but, because of defendant's counsel's impending childbirth, she may have to enlist another attorney in her firm to complete the discovery.

4. Therefore, another telephone conference call is scheduled on **Tuesday, April 8, 2014, at 10:00 a.m.,** to be initiated by defendant's counsel, to include another attorney in defendant's counsel's firm whose schedule may be relevant, to address extended scheduling deadlines.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] Defendant's counsel confirmed that the defendant is correctly named.